# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: DARREL WALKER,

Petitioner,

No. 07-1372
(D.C. No.1:07-CV-01251-ZLW)

ORDER

Filed November 9, 2007

    This case was initially opened as an application for mandamus relief filed pursuant to Fed. R. App. P. 21.  The case opening pleading is captioned as a "Petition for Writ of Certiorari."  On further consideration, it appears the pleading is more properly construed as a misdirected notice of appeal from a proceeding in the U.S. District Court for the District of Colorado, Case No. 1:07-CV-01251-ZLW.

    Accordingly, we dismiss this case.  The clerk shall forward the "Petition for Writ of Certiorari" to the U.S. District Court for the District of Colorado for filing as a notice of appeal in accordance with Fed. R. App. P. 4(d).  The document was received in this court on September 7, 2007.

                                        Entered for the Court
                                        ELISABETH A. SHUMAKER
                                        Clerk of Court

                                        by:
                                        Douglas E. Cressler
                                        Chief Deputy Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re: DARREL WALKER, | No. 07-1372 |
| Petitioner, | (D.C. No.1:07-CV-01251-ZLW) |

### ORDER

Filed November 9, 2007

This case was initially opened as an application for mandamus relief filed pursuant to Fed. R. App. P. 21. The case opening pleading is captioned as a "Petition for Writ of Certiorari." On further consideration, it appears the pleading is more properly construed as a misdirected notice of appeal from a proceeding in the U.S. District Court for the District of Colorado, Case No. 1:07-CV-01251-ZLW.

Accordingly, we dismiss this case. The clerk shall forward the "Petition for Writ of Certiorari" to the U.S. District Court for the District of Colorado for filing as a notice of appeal in accordance with Fed. R. App. P. 4(d). The document was received in this court on September 7, 2007.

> Entered for the Court
> ELISABETH A. SHUMAKER
> Clerk of Court
>
> by:
> Douglas E. Cressler
> Chief Deputy Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: DARREL WALKER,

    Petitioner,

No. 07-1372
(D.C. No.1:07-CV-01251-ZLW)

### ORDER

Filed November 9, 2007

    This case was initially opened as an application for mandamus relief filed pursuant to Fed. R. App. P. 21. The case opening pleading is captioned as a "Petition for Writ of Certiorari." On further consideration, it appears the pleading is more properly construed as a misdirected notice of appeal from a proceeding in the U.S. District Court for the District of Colorado, Case No. 1:07-CV-01251-ZLW.

    Accordingly, we dismiss this case. The clerk shall forward the "Petition for Writ of Certiorari" to the U.S. District Court for the District of Colorado for filing as a notice of appeal in accordance with Fed. R. App. P. 4(d). The document was received in this court on September 7, 2007.

                                                Entered for the Court
                                                ELISABETH A. SHUMAKER
                                                Clerk of Court

                                                by:
                                                Douglas E. Cressler
                                                Chief Deputy Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: DARREL WALKER,

Petitioner,

No. 07-1372
(D.C. No.1:07-CV-01251-ZLW)

ORDER

Filed November 9, 2007

This case was initially opened as an application for mandamus relief filed pursuant to Fed. R. App. P. 21.  The case opening pleading is captioned as a "Petition for Writ of Certiorari."  On further consideration, it appears the pleading is more properly construed as a misdirected notice of appeal from a proceeding in the U.S. District Court for the District of Colorado, Case No. 1:07-CV-01251-ZLW.

Accordingly, we dismiss this case.  The clerk shall forward the "Petition for Writ of Certiorari" to the U.S. District Court for the District of Colorado for filing as a notice of appeal in accordance with Fed. R. App. P. 4(d).  The document was received in this court on September 7, 2007.

                                            Entered for the Court
                                            ELISABETH A. SHUMAKER
                                            Clerk of Court

                                            by:
                                            Douglas E. Cressler
                                            Chief Deputy Clerk